IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JASON R. ANDERSON, an individual; JACOB ANDERSON, an individual; GORDON LARRY ANDERSON, an individual; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; and PROFIT VAULT, LLC, a Utah limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>DANIEL F. PUTNAM, an individual; ANGEL A. RODRIGUEZ, an individual; R&D GLOBAL, LLC, a Utah limited liability company d/b/a BITZOLKIN, EYELINEBTC, BZLOGIN, GMM, and, EYELINE BUSINESS DEVELOPMENT; and DOES 1 through 10,<br><br>    Defendants. | **ORDER DENYING DEFENDANT RODRIGUEZ'S MOTION TO DISMISS AND MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Case No. 2:20-cv-00041-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

    The court has before it Defendant Angel A. Rodriguez's Motion to Dismiss for Failure to Plead with Particularity and Motion for a More Definite Statement.[1] In light of Judge Pead's order staying this case,[2] the rationale in support of that order, and the likelihood that some of the basis for Defendant Rodriguez's Motions will be addressed in the parallel case before the United States Securities and Exchange Commission, the Motions[3] are DENIED without prejudice. Defendant Rodriguez may refile his Motions when the stay in this case is lifted.

---

[1] Dkt. 18.

[2] Dkt. 46.

[3] Dkt. 18.

1

SO ORDERED this 12th day of August 2020.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge