DOUGLAS E. GRIFFITH (4042)
ADAM L. GRUNDVIG (12106)
KESLER & RUST
68 South Main Street, Suite 200
Salt Lake City, Utah 84101
Telephone: (801) 532-8000
Fax: (801) 531-7965
dgriffith@keslerrust.com
agrundvig@keslerrust.com
*Attorneys for Profit Vault, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| JASON R. ANDERSON, an individual; JACOB ANDERSON, an individual; GORDON LARRY ANDERSON, an individual; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; and PROFIT VAULT, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>DANIEL F. PUTNAM, an individual; ANGEL A. RODRIGUEZ, an individual; R&D GLOBAL, LLC, a Utah limited liability corporation dba BITZOLKIN, EYELINEBTC, BZLOGIN, GMM, and EYELINE BUSINESS DEVELOPMENT; and DOES 1 through 10,<br><br>Defendants | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:20-cv-00041-CMR<br><br>Magistrate Judge Dustin B. Pead |

Notice is hereby given of the entry of Douglas E. Griffith of the firm of Kesler & Rust as counsel for Profit Vault, LLC in the above-entitled action. Pursuant to Fed. R. Civ P. 5, all

further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

>DOUGLAS E. GRIFFITH (4042)
>ADAM L. GRUNDVIG (12106)
>KESLER & RUST
>68 South Main Street, Suite 200
>Salt Lake City, Utah 84101
>Telephone: (801) 532-8000
>Fax: (801) 531-7965
>dgriffith@keslerrust.com
>agrundvig@keslerrust.com

**DATED**: May 3, 2021.

>KESLER & RUST
>
>/s/ Douglas E. Griffith
>_____
>Douglas E. Griffith
>Adam L. Grundvig
>*Attorneys for Profit Vault, LLC*